AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

TURN OF THE CENTURY SOLUTION, L.P.

**SUMMONS IN A CIVIL ACTION**

Plaintiff,

v.

FEDERAL SIGNAL CORPORATION, ELGIN SWEEPER COMPANY, VACTOR MANUFACTURING, INC. and RAVO BV,

CASE NUMBER:

Defendants.

TO:   Federal Signal Corporation
c/o National Registered Agents
9 East Loockerman Street
Suite 1B
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    MAR 15 2005

CLERK                                              DATE

*[signature: Monica Mosley]*

BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| Service of the Summons and amended complaint was made by me[1] | DATE March 16, 2005 |
|---|---|
| NAME OF SERVER (PRINT) Joyce M. Donohew | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Service of the Summons and Complaint was made upon defendant by delivering copies thereof to</u>