IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P.<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL SIGNAL CORPORATION,<br>ELGIN SWEEPER COMPANY,<br>VACTOR MANUFACTURING, INC. and<br>RAVO BV<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 05-158 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MAILING

Jack B. Blumenfeld declares as follows:

1. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell, counsel to plaintiff in this action.

2. The summons and complaint in this action were served on defendant Vactor Manufacturing, Inc. ("Vactor") on March 15, 2005, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00.

3. On March 21, 2005, copies of the summons and complaint were sent by Registered Mail, Return Receipt Requested, to Vactor Manufacturing, Inc., 1621 S. Illinois Street, Streator, IL 61364, together with a notice stating that service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Vactor personally within this State.  See Exhibit A.

4. The registered mail receipt showing that Vactor received the summons and complaint is attached.  See Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2005

_____
Jack B. Blumenfeld