# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  S. Boih         ☑ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>S Boik                3-28-05 |
| 1. Article Addressed to:<br><br>Vactor Manufacturing Inc.<br>1621 S. Illinois St.<br>Streator, IL 61364<br><br>RA 122 311 055 US | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☑ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   RA ~~~~ 144 US | |
| PS Form 3811, February 2004     Domestic Return Receipt | 102595-02-M-1540 |