# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

March 21, 2005

BY REGISTERED MAIL, RETURN RECEIPT REQUESTED

Vactor Manufacturing, Inc.
1621 South Illinois Street
Streator, IL 61364

Re: *Turn of the Century Solution v. Federal Signal*
District of Delaware, C.A. No. 05-158

Dear Sir or Madam:

Enclosed are copies of the Summons, Complaint and Notice of Availability of Magistrate Judge in the above-captioned matter. This shall serve as notice that service of the original of such process has been made upon the Delaware Secretary of State on March 15, 2005 and that, under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon you personally within this State.

Sincerely,

Jack B. Blumenfeld

JBB/bls
Enclosures