IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-158-SLR |
| ) | |
| v. ) | |
| ) | |
| ) | |
| FEDERAL SIGNAL CORPORATION, ) | |
| ELGIN SWEEPER COMPANY, ) | |
| VACTOR MANUFACTURING, INC. and ) | |
| RAVO BV, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the deadline by which the defendants must answer, move, or otherwise respond to the complaint in the captioned action is extended through and including April 29, 2005.

| MORRIS, NICHOLS, ARSHT & TUNNELL | ASHBY & GEDDES |
|---|---|
| | |
| */s/ Jack B. Blumenfeld (#1014)* | */s/ Steven T. Margolin (#3110)* |
| Jack B. Blumenfeld (#1014) | Steven T. Margolin (#3110) |
| 1201 N. Market Street | 222 Delaware Ave. |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 654-1888 |
| E-mail: jbbefiling@mnat.com | E-mail: margolin@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2005

_____
CHIEF JUDGE

155479