IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-158 (SLR) |
| | ) | |
| FEDERAL SIGNAL CORPORATION, | ) | |
| ELGIN SWEEPER COMPANY, | ) | **JURY TRIAL DEMANDED** |
| VACTOR MANUFACTURING, INC. and | ) | |
| RAVO BV, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Young Conaway Stargatt & Taylor, LLP is hereby substituted for the law firm of Ashby & Geddes as counsel for Defendants Federal Signal Corporation, Elgin Sweeper Company, Vactor Manufacturing Inc., and Ravo BV.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Steven T. Margolin | |
| Steven T. Margolin (#3110) | Josy W. Ingersoll (#1088) |
| 222 Delaware Avenue | John W. Shaw (#3362) |
| P.O. Box 1150 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| (302) 654-1888 | P.O. Box 391 |
| margolin@ashby-geddes.com | Wilmington, DE 19899 |
| | (302) 571-6600 |
| | jingersoll@ycst.com |

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, hereby certify that on April 28, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

>Gary A. Rosen, Esquire
>Patrick Madamba, Jr.
>Law Offices of Gary A. Rosen, P.C.
>1831 Chestnut Street, Suite 802
>Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Defendants*