IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P.　)<br>　)<br>　　　　Plaintiff,　　　　　　　　　　　)<br>　)<br>　v.　　　　　　　　　　　　　　　　　　)<br>　)<br>FEDERAL SIGNAL CORPORATION,　　　)<br>ELGIN SWEEPER COMPANY,　　　　　　)<br>VACTOR MANUFACTURING, INC. and　)<br>RAVO BV,　　　　　　　　　　　　　　)<br>　)<br>　　　　Defendants.　　　　　　　　　　)  | C.A. No. 05-158 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

The Parties, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which the defendants must answer, move or otherwise respond to the plaintiff's Complaint to May 20, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 575-7291
jblumenfeld@mnat.com

YOUNG CONAWAY STARGATT &
　TAYLOR, LLP

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
jingersoll@ycst.com

SO ORDERED this _____ day of May, 2005.

_____
USDJ