IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-158 (SLR) |
| | ) | |
| FEDERAL SIGNAL CORPORATION, | ) | |
| ELGIN SWEEPER COMPANY, | ) | **JURY TRIAL DEMANDED** |
| VACTOR MANUFACTURING, INC. and | ) | |
| RAVO BV, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

The Parties, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which the defendants must answer, move or otherwise respond to the plaintiff's Complaint to May 23, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL          YOUNG CONAWAY STARGATT &
                                                                                    TAYLOR, LLP

/s/ Jack B. Blumenfeld                              /s/ Glenn C. Mandalas
Jack B. Blumenfeld (#1014)                     Josy W. Ingersoll (#1088)
1201 N. Market Street                              John W. Shaw (#3362)
P.O. Box 1347                                          Glenn C. Mandalas (#4432)
Wilmington, DE 19899                            The Brandywine Building
(302) 575-7291                                         1000 West Street, 17th Floor
jblumenfeld@mnat.com                          P.O. Box 391
                                                                Wilmington, DE 19899
                                                                (302) 571-6600
                                                                jingersoll@ycst.com

Dated: May 23, 2005

SO ORDERED this _____ day of May, 2005.

_____
United States District Judge