IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-158 (SLR) |
| | ) | |
| FEDERAL SIGNAL CORPORATION, | ) | |
| ELGIN SWEEPER COMPANY, | ) | |
| VACTOR MANUFACTURING, INC. and | ) | |
| RAVO BV, | ) | |
| | ) | |
| Defendants. | ) | |

**VACTOR MANUFACTURING, INC.'S & RAVO BV'S MOTION TO DISMISS
AND FEDERAL SIGNAL CORPORATION'S, ELGIN SWEEPER COMPANY'S,
AND VACTOR MANUFACTURING, INC.'S MOTION TO TRANSFER**

Defendants Vactor Manufacturing, Inc. ("Vactor") and Ravo BV ("Ravo") respectfully move

pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss for lack of personal jurisdiction,

defendant Vactor moves pursuant to Federal Rule of Civil Procedure 12(b)(3) to dismiss for

improper venue, defendant Ravo moves pursuant to Federal Rules of Civil Procedure 12(b)(4) and

(5) to dismiss for insufficiency of process and insufficiency of service of process, and defendants

Vactor, Federal Signal Corporation, and Elgin Sweeper Company move pursuant to 28 U.S.C.

§ 1406(a), and in the interest of justice, to transfer this action to the Northern District of Illinois.

The grounds for this motion are fully set forth in Defendants' opening brief and supporting

papers, filed and served contemporaneously herewith.

WHEREFORE, Defendants Federal Signal Corporation, Elgin Sweeper Company, Vactor Manufacturing, Inc., and Ravo BV respectfully request that the Court enter the attached order granting their motions to dismiss and/or to transfer.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Glenn C. Mandalas (#4432)
gmandalas@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600
Attorneys for Defendants Federal Signal
   Corporation, Elgin Sweeper Company,
   Vactor Manufacturing, Inc., and Ravo BV

Dated: May 23, 2005