IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-158 (SLR) |
| | ) | |
| FEDERAL SIGNAL CORPORATION, | ) | |
| ELGIN SWEEPER COMPANY, | ) | |
| VACTOR MANUFACTURING, INC. and | ) | |
| RAVO BV, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this _____ day of _____, 2005, having considered Vactor Manufacturing, Inc.'s and Ravo BV's motion to dismiss and the motion to transfer to the Northern District of Illinois, and the parties' arguments and papers thereon, IT IS HEREBY ORDERED that the motions are granted as follows:

1. Pursuant to Federal Rules of Civil Procedure 12(b)(2), (4), and (5), the Complaint against defendant Ravo BV is dismissed for lack of personal jurisdiction, insufficiency of process, and insufficiency of service of process.

2. Because personal jurisdiction and venue does not exist in the District of Delaware as to defendant Vactor Manufacturing, Inc., the action is and shall be, in the interest of justice, transferred to the Northern District of Illinois pursuant to 28 U.S.C. § 1406(a).

_____
United States District Judge