IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-158-SLR |
| | ) | |
| FEDERAL SIGNAL CORPORATION, ELGIN SWEEPER COMPANY, VACTOR MANUFACTURING, INC. and RAVO BV | ) ) ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for plaintiff to respond to defendants' Motion to Dismiss and Motion to Transfer (D.I. 14) is extended to June 21, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL

 /s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
jblumenfeld@mnat.com
(302) 658-9200
  Attorneys for Plaintiff

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

 /s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
jingersoll@ycst.com
(302) 571-6672
  Attorneys for Defendants

SO ORDERED this _____ day of June, 2005.

_____
United States District Court Judge