REDACTED -- Public Version filed June 1, 2005

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-158-SLR |
| | ) | |
| FEDERAL SIGNAL CORPORATION, | ) | |
| ELGIN SWEEPER COMPANY, | ) | |
| VACTOR MANUFACTURING, INC. and | ) | |
| RAVO BV, | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF TOM WHITE

I, Tom White, declare and state as follows:

1. I am the Vice President of Ravo BV. ("Ravo"), and I have been an officer of Ravo for 1.5 years. I submit this declaration to set forth facts concerning Ravo's operations for the purpose of Ravo's motion to dismiss this action for lack of personal jurisdiction. The facts set forth in this declaration are true and known to me of my own personal knowledge, and I can and, if required, will testify competently as to these facts.

2. Ravo is a corporation organized and existing under the laws of The Netherlands, with its principal place of business located at Otterkoog 1, 1822 BW Alkmaar, The Netherlands. Ravo's principal place of business has been located in The Netherlands since it was founded in 1964. Ravo is a manufacturer of high-quality, performance-oriented compact street sweepers for the European market.

3. Ravo is not, and never has been, authorized, registered or qualified to do business in the State of Delaware.

4. Ravo does not have an agent for service of process in the State of Delaware.

5. Ravo has never maintained an office, place of business, factory, or showroom in the State of Delaware, and Ravo has no officers, employees, agents or other representatives having an office or workplace in the State of Delaware.

6. Ravo has no mailing address, telephone listing, or bank account in the State of Delaware.

7. Ravo has not transacted any business or performed any character of work or service in the State of Delaware in the last 14 years. Furthermore, to the best of my knowledge, Ravo has never transacted any business or performed any character of work or service in the State of Delaware.

8. Ravo has not contracted to supply services or products in the State of Delaware in the last 14 years. Furthermore, to the best of my knowledge, Ravo has never contracted to supply services or products in the State of Delaware.

9. Ravo does not direct any advertising specifically toward residents of the State of Delaware.

10. To the best of my knowledge, Ravo has not caused tortious injury in the State of Delaware by an act or omission in the State of Delaware.

11. Ravo does not engage in any persistent course of conduct in the State of Delaware and Ravo does not derive substantial revenue from services or things used or consumed in the State of Delaware.

12. Ravo does not have an interest in, use, or possess any real or personal property in the State of Delaware.

13. Ravo does not provide insurance in Delaware and does not act as a surety for anyone in Delaware.

14. Ravo has retained the firm of Young Conaway Stargatt and Taylor, LLP of Wilmington, Delaware specifically for the purposes of this action. Ravo would not have retained Delaware counsel had this action not been brought by Turn of the Century Solution, L.P., in Delaware. Ravo has regular outside counsel that it retains in The Netherlands.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2005.

_____

REDACTED -- Public Version filed June 1, 2005

# EXHIBIT B

 **State of Delaware**
The Official Website for the First State


Visit the Governor  |  General Assembly  |  Courts  |  Other Elected Officials  |  Federal, State & Local

State Directory  |  Help  |  Search Delaware :            [GO]         Citizen Services  |  Business Services  |  Visitor

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions

## General Information Name Search

**1 Match found**

* Required Field

* Enter Entity Name:    [Ravo]
This field is not case sensitive.

[Search]

| FILE NUMBER | ENTITY NAME |
|---|---|
| 3953570 | RAVONA PARTNERS, L.P. |

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

https://sos-res.state.de.us/tin/controller                                5/16/2005

REDACTED -- Public Version filed June 1, 2005

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL SIGNAL CORPORATION, ) <br> ELGIN SWEEPER COMPANY, ) <br> VACTOR MANUFACTURING, INC. and ) <br> RAVO BV, ) <br> ) <br> Defendants. ) | C.A. No. 05-158-SLR |

**DECLARATION OF RON SCHMITT**

I, Ron Schmitt, declare and state as follows:

1. I am the Interim Controller of Vactor Manufacturing, Inc. ("Vactor"), and I have been employed by Vactor for 13.5 years. I submit this declaration to set forth facts concerning Vactor's operations for the purpose of Vactor's motion to dismiss this action for lack of personal jurisdiction and transfer this action to the Central District of Illinois. The facts set forth in this declaration are true and known to me of my own personal knowledge, and I can and, if required, will testify competently as to these facts.

2. Vactor is a Illinois corporation with its principal place of business located at 1621 South Illinois Street, Streator, Illinois. Vactor's principal place of business has been located in Illinois since it was founded in 1911. Vactor is a manufacturer of truckmounted, pneumatic cleaning equipment.

3. Vactor is not, and never has been, authorized, registered or qualified to do business in the State of Delaware.

4. Vactor does not have an agent for service of process in the State of Delaware.

5. Vactor has never maintained an office, place of business, factory, or showroom in the State of Delaware, and Vactor has no officers, employees, agents or other representatives having an office or workplace in the State of Delaware.

6. Vactor has no mailing address, telephone listing, or bank account in the State of Delaware.

7.

**REDACTED**

8. Vactor does not direct any advertising specifically toward residents of the State of Delaware.

9. Vactor does not have an interest in, use, or possess any real or personal property in the State of Delaware.

10. Vactor does not provide insurance in Delaware and does not act as a surety for anyone in Delaware.

11. Vactor has retained the firm of Young Conaway Stargatt and Taylor, LLP of Wilmington, Delaware specifically for the purposes of this action. Vactor would not have retained Delaware counsel had this action not been brought by Turn of the Century Solution, L.P., in Delaware.

12. To my knowledge, none of the records or documents that relate to this case are located in Delaware. I believe that Vactor's relevant records are all located in Illinois.

13. Vactor's parent company, Federal Signal Corporation, has four business groups. Vactor is part of Federal Signal's Environmental Products Group. Elgin Sweeper Company ("Elgin"), a named defendant in this action, is also a member of the Environmental Products Group. Vactor, Elgin, and Federal Signal Corporation are each headquartered in Illinois. Vactor does substantial business in the Northern District of Illinois.

14. A decision by Vactor employees to employ software alleged to infringe patents owned by Plaintiff Turn of the Century Solution, L.P. would have likely been made in Illinois. I believe that the Vactor employee witnesses with knowledge of any such decision are all located in Illinois.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May 20, 2005,

_____
Ron Schmitt
Interim Controller

3

REDACTED -- Public Version filed June 1, 2005

# EXHIBIT D

REDACTED -- Public Version filed June 1, 2005

Division of Corporations - Online Services

 **State of Delaware**
The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local

State Directory | Help | Search Delaware [    ] [go]       Citizen Services | Business Services | Visitor

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions

## General Information Name Search

**2 Matches found**

* Required Field

* Enter Entity Name: [Vactor]
This field is not case sensitive.

[Search]

| FILE NUMBER | ENTITY NAME |
|---|---|
| 3959607 | VACTOR TELECOM, LLC |
| 3174083 | VACTORY.COM INC. |

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller                        5/16/2005