IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL SIGNAL CORPORATION, and ) <br> ELGIN SWEEPER COMPANY, ) <br> ) <br> Defendants. ) | C.A. No. 05-158 (SLR) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

The Parties, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which the defendants must reply to Plaintiff Turn of the Century Solution, L.P.'s Opposition to Vactor Manufacturing, Inc.'s and Ravo BV's Motion to Dismiss and Federal Signal Corporation's, Elgin Sweeper Company's, and Vactor Manufacturing, Inc.'s Motion to Transfer to July 5, 2005.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Jack B. Blumenfeld <br> Jack B. Blumenfeld (#1014) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 575-7291 <br> jblumenfeld@mnat.com <br><br> Dated: June 27, 2005 | Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> Glenn C. Mandalas (#4432) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6600 <br> jingersoll@ycst.com |

SO ORDERED this _____ day of May, 2005.

_____
United States District Judge