IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-158 (SLR) |
| ) | |
| FEDERAL SIGNAL CORPORATION, and ) | |
| ELGIN SWEEPER COMPANY, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL**

On May 23, 2005, defendants Federal Signal Corporation, Elgin Sweeper Company, Vactor Manufacturing, Inc. and Ravo BV filed Vactor Manufacturing, Inc.'s & Ravo BV's Motion to Dismiss and Federal Signal Corporation's, Elgin Sweeper Company's, and Vactor Manufacturing, Inc's Motion to Transfer. (D.I. 14). Rather than respond on the merits, plaintiff Turn Of The Century Solution, L.P. filed an amended complaint (D.I. 18) dropping defendants Vactor Manufacturing, Inc. and Ravo BV and a paper opposing defendants' motions (D.I. 19).

Plaintiff's filing of an amended complaint has mooted defendants' motions. 6 WRIGHT MILLER & KANE, FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990). Vactor Manufacturing, Inc.'s & Ravo BV's Motion to Dismiss and Federal Signal Corporation's, Elgin Sweeper Company's, and Vactor Manufacturing, Inc's Motion to Transfer (D.I. 14) is hereby withdrawn.

                    YOUNG CONAWAY STARGATT &
                    TAYLOR, LLP

                    */s/ Glenn C. Mandalas*
                    _____
                    Josy W. Ingersoll (No. 1088)
                    jingersoll@ycst.com
                    John W. Shaw (No. 3362)
                    jshaw@ycst.com
                    Glenn C. Mandalas (No. 4432)
                    gmandalas@ycst.com
                    The Brandywine Building, 17th Floor
                    1000 West Street
                    Wilmington, Delaware  19899-0391
                    (302) 571-6600
                    Attorneys for Defendants Federal Signal
                       Corporation and Elgin Sweeper Company

Dated:  July 5, 2005

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on July 5, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

>Gary A. Rosen, Esquire
>Patrick Madamba, Jr.
>Law Offices of Gary A. Rosen, P.C.
>1831 Chestnut Street, Suite 802
>Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Defendants*