# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

August 16, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    <u>Turn of the Century Solution v. Federal Signal; C.A. No. 05-158 (SLR)</u>

Dear Chief Judge Robinson:

      In preparation for the scheduling conference at 9:00 Thursday morning, I am attaching a draft scheduling order with the plaintiff's and defendants' respective proposals in brackets. The main difference between the parties is that the plaintiff seeks a trial in the second half of next year for this relatively small patent case (we estimate a 2-3 day trial) filed in March of this year, while defendants seek a June 2007 trial.

      We look forward to discussing this on Thursday morning.

      Respectfully,

      /s/ *Jack B. Blumenfeld (#1014)*

      Jack B. Blumenfeld

/klm
Enclosure
cc:    Peter T. Dalleo, Clerk (By Hand)
       John W. Shaw, Esquire (By Hand)
       Gary A. Rosen, Esquire (By Facsimile)