# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

August 23, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

        Re:    <u>Turn of the Century Solution v. Federal Signal; C.A. No. 05-158 (SLR)</u>

Dear Chief Judge Robinson:

        Attached is a scheduling order that includes the dates set during the August 18 telephone conference and has been agreed upon by the parties. If it meets with the Court's approval, we request that it be entered.

        Respectfully,

        */s/ Jack B. Blumenfeld (#1014)*

        Jack B. Blumenfeld

/klm
Enclosure
cc:    Peter T. Dalleo, Clerk (By Hand)
        John W. Shaw, Esq. (By Hand)
        Gary A. Rosen, Esq. (By Fax)