IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P.  )<br>)<br>Plaintiff,  )<br>)<br>v.   )<br>)<br>FEDERAL SIGNAL CORPORATION and  )<br>ELGIN SWEEPER COMPANY,  )<br>)<br>Defendants  ) | C.A. No. 05-158 (SLR) |

**NOTICE OF WITHDRAWAL OF COUNSEL**
**& ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Glenn C. Mandalas (No. 4432) withdraws from his representation of defendants Federal Signal Corporation and Elgin Sweeper Company. Defendants continue to be represented in this action by Josy W. Ingersoll, John W. Shaw and the law firm of Young Conaway Stargatt & Taylor, LLP.

Additionally, Karen E. Keller of Young Conaway Stargatt & Taylor, LLP, hereby enters her appearance on behalf of defendants.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: August 23, 2005

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on August 23, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

>Gary A. Rosen, Esquire
>Patrick Madamba, Jr.
>Law Offices of Gary A. Rosen, P.C.
>1831 Chestnut Street, Suite 802
>Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendants*

DB01:1628742.1