IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-158 (SLR) |
| v. ) | |
| ) | |
| FEDERAL SIGNAL CORPORATION and ) | |
| ELGIN SWEEPER COMPANY ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's First Requests for Production of Documents and Things Addressed to Defendants, Plaintiff's First Set of Interrogatories to Defendants and Plaintiff's Initial Disclosures were caused to be served on September 9, 2005 upon the following in the manner indicated:

>BY HAND
>
>John W. Shaw
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>MORRIS, NICHOLS, ARSHT & TUNNELL
>
>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>Attorneys for Plaintiff and Counterclaim-Defendant
>Turn of the Century Solution, L.P.

2

OF COUNSEL:

LAW OFFICES OF GARY A. ROSEN, P.C.
Gary A. Rosen
Patrick Madamba, Jr.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
(215) 972-0600

September 9, 2005

CERTIFICATE OF SERVICE

       I, Jack B. Blumenfeld, hereby certify that on September 9 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>John W. Shaw
>Young, Conaway, Stargatt & Taylor

       I also certify that copies were caused to be served on September 9, 2005 upon the following in the manner indicated:

>BY HAND
>
>John W. Shaw
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>/s/ *Jack B. Blumenfeld (#1014)*
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com