IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-158 (SLR) |
| ) | |
| FEDERAL SIGNAL CORPORATION, and ) | |
| ELGIN SWEEPER COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 13, 2005, copies of (1) Defendants' Initial Disclosures, (2) Defendants' First Request for the Production of Documents, and (3) this Notice of Service were served upon the following counsel of record as indicated below:

**BY HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

BY FEDERAL EXPRESS & ELECTRONIC MAIL

Gary A. Rosen, Esquire
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street, Suite 802
Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Dated: September 13, 2005