THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 05-158-SLR |
| v. | ) | |
| | ) | |
| FEDERAL SIGNAL CORPORATION and | ) | |
| ELGIN SWEEPER COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii), it is hereby stipulated by the parties that this action, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Plaintiff

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
Attorneys for Defendants

SO ORDERED this ___ day of October, 2005

_____
United States District Judge